UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEYONNA CHARLES-WILLIAMS,** | * | **NO.: 18-5316** |
| **T'KIYAH HARRISON, TANEISHA** | * | |
| **TURNER, ERIKA BROOMFIELD** | * | **SECTION:** |
| **and NEIDRA JOHNSON** | * | |
| | * | **MAGISTRATE:** |
| **VERSUS** | * | |
| | * | |
| **YAMIR CUBAS and GALLAGHER** | * | |
| **BASSET SERVICES, INC.** | * | |
| | * | |
| ********************************* | | |

## COMPLAINT

1.

The petition of Keyonna Charles-Williams, T'kiyah Harrison, Taneisha Turner, Erika Broomfield, and Neidra Johnson, residents and citizens of full age of majority, residing in the State of Louisiana, represents:

2.

Jurisdiction is vested in this Court pursuant to 28 USC 1332, as plaintiffs are citizens of Louisiana, and defendant Yamir Cubas is a citizen of Florida, and the amount in controversy exceeds $75,000.00

3.

Venue is proper as Yamir Cubas does business in the area encompassing the Eastern District of Louisiana.

4.

Made defendants herein:

1. Yamir Cubas, a resident and citizen of the State of Florida, residing at 11043 W. Okeechobee Rd. Unit 101, Hialeah Gardens, FL 33018, doing business in the state of Louisiana and the Eastern District.

2. Gallagher Basset Services, Inc., a foreign corporation authorized to and doing business in the State of Louisiana, whose registered agent is through the Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge, LA 70809.

5.

On or about October 13, 2017, plaintiffs were traveling west on I-10 in the middle lane, and were exiting to I-210, while defendant Yamir Cubas was in the far right lane. Both lanes exited to I-210, the far right lane was exit-only, and the middle lane could exit or continue on I-10. Defendant Yamir Cubas made a last-second attempt to stay on I-10, and merged into plaintiff's lane, striking their vehicle and causing them to be injured.

6.

As a result of the accident, plaintiff Keyonna Charles-Williams suffered injuries to her head, neck, back and right knee, and has past present and future physical pain and suffering, emotional pain and anguish, medical expense, loss of income, and loss of earning capacity.

7.

As a result of the accident, plaintiff Erika Broomfield suffered injuries to her neck

and back and has past present and future physical pain and suffering, emotional pain and anguish, medical expense, loss of income, and loss of earning capacity.

8.

As a result of the accident, plaintiff Taneisha Turner suffered injuries to her neck, back, and right shoulder and has past present and future physical pain and suffering, emotional pain and anguish, medical expense, loss of income, and loss of earning capacity.

9.

As a result of the accident T'Kiyah Harrison suffered injuries to her back, and has past present and future physical pain and suffering, emotional pain and anguish, medical expense, loss of income, and loss of earning capacity.

10.

As a result of the accident Neidra Johnson suffered injuries to her neck, head, right arm and right shoulder,, and has past present and future physical pain and suffering, emotional pain and anguish, medical expense, loss of income, and loss of earning capacity.

11.

Yamir Cubas is at fault for forgeoing collision and injuries in the following respects along with any others that may be proven at trial:

1. Failure to see what he should have seen;
2. Improper lane usage;
3. Failure to yield;
4. Reckless driving;

11.

At all material times, Gallagher Basset Services, Inc., had in full force and effect a policy of automobile insurance on the vehicle owned and operated by Yamir Cubas.

Respectfully submitted,

*/s/ John L. Young*
JOHN L. YOUNG (#2199)
915 St. Louis Street
New Orleans, LA 70112
(504) 581-2200 *phone*
(504) 581-5100 *fax*

GARRON MATTHEW
JOHNSON(#26940)
839 St. Charles Ave., Suite 309
New Orleans, LA 70130
(504) 296-6159
Attorneys for petitioner