## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEYONNA CHARLES-WILLIAMS,** | * | **NO.: 18-5316** |
| **T'KIYAH HARRISON, TANEISHA** | * | |
| **TURNER, ERIKA BROOMFIELD** | * | **SECTION: G** |
| **and NEIDRA JOHNSON** | * | |
| | * | **MAGISTRATE: 1** |
| **VERSUS** | * | |
| | * | |
| **YAMIR CUBAS and GALLAGHER** | * | |
| **BASSET SERVICES, INC.** | * | |
| | * | |

**********************************

### ORDER

Considering Plaintiffs' Ex Parte Consent to Motion to Substitute Party:

**IT IS ORDERED**, that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that new Defendant Starr Indemnity &

Liability Company is substituted for current Defendant Gallagher Bassett Services,

Inc. and that Gallagher Basset Services, Inc. is dismissed without prejudice.

**NEW ORLEANS, LOUISIANA** this _30th_ day of August, 2018.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**